SEAN REIS - SBN 184004
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

BENJAMIN H. RICHMAN
brichman@edelson.com
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

WILL HASELDEN
*whaselden@comcast.net*
1211 Seminole Drive
Tallahassee, Florida 32301
Tel:     850/566-3319

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLUWASEUN FASUGBE and LUKE HUCKABA, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>1524948 ALBERTA LTD., a Canadian corporation d/b/a TERRA MARKETING GROUP d/b/a SWIPEBIDS.COM, and JOHN DOE,<br><br>    *Defendants*. | Case No. 10cv02320-WBS-KJN<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW WILL HASELDEN AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS** |

[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW WILL HASELDEN
AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS

10-cv-02320-WBS-KJN

The Court has considered Will Haselden's motion for leave to withdraw as one of Plaintiffs' counsel of record, and hereby GRANTS the motion. Will Haselden is relieved as counsel for Plaintiffs.

Plaintiffs shall continue to be represented in this matter by Benjamin H. Richman of Edelson McGuire, LLC, and Sean P. Reis of Edelson McGuire, LLP.

IT IS ORDERED.

DATED: September 10, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Sean Reis, hereby certify that on September 9, 2010, I served the above and foregoing **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW WILL HASELDEN AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS**, by causing true and accurate copies of such paper to be filed and transmitted to counsel of record via the Court's CM/ECF electronic filing system:

1.  Benjamin H. Richman
    350 North LaSalle Street, Suite 1300
    Chicago, Illinois 60654
    brichman@edelson.com

And further by causing true and accurate copies of such paper to be placed in postage prepaid envelopes directed to the persons shown below and by causing such envelopes to be deposited in the United States Mailbox located at Rancho Santa Margarita, CA, before the hour of 5:00 p.m. (PST), on this the 9th day of September, 2010.

1.  Will Haselden
    1211 Seminole Drive

|   |   |
|---|---|
| 1 | Tallahassee, Florida 32301 |
| 2 | |
| 3 | /s/   Sean Reis |
| 4 | SEAN REIS |