SEAN REIS - SBN 184004
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123
*sreis@edelson.com*

RAFEY S. BALABANIAN (*pro hac vice*)
BENJAMIN H. RICHMAN (*pro hac vice*)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*rbalabanian@edelson.com*
*brichman@edelson.com*

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| OLUWASEUN FASUGBE and LUKE HUCKABA, on behalf of themselves and all others similarly situated, | Case No. 10-cv-02320-WBS-KJN |
| *Plaintiffs*, | **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES** |
| v. | |
| 1524948 ALBERTA LTD., a Canadian corporation d/b/a TERRA MARKETING GROUP d/b/a SWIPEBIDS.COM, and JOHN DOE, | |
| *Defendants*. | |

# ORDER CONTINUING
## INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES

This cause coming before the Court on the Parties' Joint Stipulation Continuing Initial Scheduling Conference and Related Deadlines, having considered the Parties' stipulation and the Court being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED and ADJUDGED**:

1. The Initial Scheduling Conference set for February 7, 2011 at 2:00 p.m. is hereby continued to March 7, 2011 at 2:00 p.m.; and

2. The Parties shall file their Joint Initial Scheduling Report no later than February 22, 2011.

**IT IS SO ORDERED.**

Dated:  February 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE