1
2
3
4

SEAN REIS - SBN 184004
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123
*sreis@edelson.com*

5

ATTORNEYS FOR PLAINTIFF

6
7
8
9
10
11

KARL S. KRONENBERGER
VIRGINIA SANDERSON
KRONENBERGER BURGOYNE LLP
150 Post Street, Suite 520
San Francisco, California 94108
Tel:  (415) 955-1155
Fax:  (415) 955-1158
*karl@kbinternetlaw.com*
*ginny@kbinternetlaw.com*

12

ATTORNEYS FOR DEFENDANT

13

**UNITED STATES DISTRICT COURT**

14

**EASTERN DISTRICT OF CALIFORNIA**

15
16
17
18
19
20
21
22
23

OLUWASEUN FASUGBE and LUKE HUCKABA,
individually and on behalf of all others similarly
situated,

                    *Plaintiffs*,

*v.*

1524948 ALBERTA LTD., a Canadian corporation
d/b/a TERRA MARKETING GROUP d/b/a
SWIPEBIDS.COM, SPHERE MEDIA, LLC, a Nevada
limited liability company, JESSE WILLMS, and JOHN
DOE,

                    *Defendants*.

Case No. 10-cv-02320-WBS-KJN

**ORDER CONTINUING HEARING
ON DEFENDANTS' MOTIONS
TO DISMISS**

24
25
26
27
28

1    This cause coming before the Court on the Parties' Joint Stipulation Continuing Hearing on

2    Defendants' Motions to Dismiss, having considered the Parties' stipulation and the Court being

3    otherwise duly advised in the premises,

4       **IT IS HEREBY ORDERED and ADJUDGED:**

5       1.    The hearing on Defendants' pending motions to dismiss Plaintiffs' First Amended

6    Class Action Complaint set for May 9, 2011 at 2:00 p.m. shall be continued to May 23, 2011 at 2:00

7    p.m.

8       **IT IS SO ORDERED.**

9

10   Dated:  May 3, 2011

11

12                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28